CLOSED, JURY

# U.S. District Court [LIVE]
# Eastern District of TEXAS LIVE (Beaumont)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00312-RHC

Wilkins v. Davol, Inc et al
Assigned to: Judge Ron Clark
Demand: $75,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/22/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Loretta Renee Wilkins** represented by **Brad Terry Bryant**
Terry Bryant, LLP
8584 Katy Freeway, Suite 100
Houston, TX 77024
US
713-973-2667
Fax: 713-973-1188
Email: terry@terrybryant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R Hunt, Jr**
Cory Watson Crowder & DeGaris
2131 Magnolia Ave
Birmingham, AL 35205
US
205/328-2200
Fax: 205/324-7896
Email: shunt@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc** represented by **D Mitchell McFarland**
Harrison Bettis Staff McFarland & Weems
500 Dallas St
Suite 2600
Houston, TX 77002

713/655-7511
Fax: 17136557526
Email:
mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CR Bard, Inc** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350; Receipt #1-1-4179.) , filed by Loretta Renee Wilkins. (Attachments: # 1 Civil Cover Sheet)(aam, ) (Entered: 05/25/2007) |
| 05/25/2007 | 2 | Magistrate Consent Form sent electronically to pla's atty Terry Bryant. (aam, ) (Entered: 05/25/2007) |
| 06/19/2007 | 3 | E-GOV SEALED SUMMONS Issued as to Davol, Inc. & sent electronically to pla's atty for service (aam, ) (Entered: 06/19/2007) |
| 06/19/2007 | 4 | E-GOV SEALED SUMMONS Issued as to CR Bard, Inc. & sent electronically to pla's atty for service (aam, ) (Entered: 06/19/2007) |
| 06/19/2007 | 5 | APPLICATION to Appear Pro Hac Vice by Attorney Stephen R Hunt, Jr for Loretta Renee Wilkins. (FEE PAID RECEIPT # 1-1-4317) (bjc, ) (Entered: 06/20/2007) |
| 07/16/2007 | 6 | E-GOV SEALED SUMMONS Returned personally executed as to CR Bard, Inc served on 6/25/2007, answer due 7/16/2007. (bjc, ) (Entered: 07/16/2007) |
| 07/17/2007 | 7 | ANSWER to Complaint with Jury Demand by Davol, Inc, CR Bard, Inc. (McFarland, D) (Entered: 07/17/2007) |
| 07/18/2007 | 8 | Magistrate Consent Form electronically sent to D Mitchell McFarland atty for to Davol, Inc, CR Bard, Inc (bjc, ) (Entered: 07/18/2007) |
| 08/20/2007 | 9 | CONDITIONAL TRANSFER ORDER (CTO-1) to transfer this action to the District of Rhode Island for inclusion in MDL-1842 in re Kugel Mesh Hernia Patch Products Liability Litigation. Signed by Clerk of the MDL Panel. (tkd, ) (Entered: 08/23/2007) |